

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>       v.<br><br>ARA MALKHASYAN,<br>SMBAT KHECHUMYAN,<br>SVETA KHECHUMYAN,<br>  aka "Ani Galostian,"<br>HARUTYUN PETROSYANTS,<br>ARTUR HARUTYUNYAN,<br>ARTAK OKHOYAN,<br>KHACHATUR CHOBANYAN,<br>JIVAN HAKHNAZARYAN, and<br>ARMAN GRIGORYAN,<br><br>    Defendants. | CR No. 19CR00287-DMG<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1344(2): Bank Fraud and Attempted Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 2: Aiding and Abetting] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.    Bank of America, N.A. ("Bank of America"), JPMorgan Chase Bank, N.A. ("JP Morgan"), and Wells Fargo Bank, N.A. ("Wells Fargo") were federally chartered financial institutions, the deposits of which were insured by the Federal Deposit Insurance Corporation.

2.     Bank of America, JP Morgan, and Wells Fargo administered banking accounts, including checking and savings accounts, in that Bank of America, JP Morgan, and Wells Fargo would receive deposits, including of cash, checks, and wire transfers, and disburse money when the account holder requested a withdrawal or transfer of money.

3.     To open a personal bank account, Bank of America and Wells Fargo required that the person seeking to open the account have primary and secondary documents to support his or her identity. Primary documents included government-issued identification with a photograph of the person seeking to open an account, such as a driver's license or United States or foreign passport. Bank of America and Wells Fargo procedures required that bank employees confirm the identity of the person seeking to open an account in person by comparing that person's appearance with the photograph from a primary document.  Secondary documents included certain documents with the person's name and address, such as membership cards for Walmart Sam's Club and Costco, or statements from an existing bank account at another bank.

4.     Bank of America and Wells Fargo considered a bank account in good standing after the account remained open for 90 days if the account appeared to be a legitimate account and had no overdrafts or suspicious activity.  Once an account was in good standing, Bank of America and Wells Fargo allowed an account holder to transfer money back and forth between savings and checking accounts, and permitted the account holder to withdraw the transferred money without a delay to verify that the transferred money existed.  For deposits of cashier's checks, Wells Fargo allowed an account holder to withdraw

up to $5,000 in cash immediately, regardless of how long the bank account into which the check was deposited had been opened.

5.     Certain Automated Teller Machines ("ATMs") located in casinos in Las Vegas, Nevada would allow an account holder to withdraw money from his or her account at the ATM as either a cash withdrawal, with a limit of approximately $700, or as a cash advance, with a limit of approximately $5,000.

COUNT ONE

[18 U.S.C. § 1349]

6.    The Grand Jury hereby realleges and incorporates by reference paragraphs 1 through 5 of this Indictment as though fully set forth herein.

A.    OBJECT OF THE CONSPIRACY

7.    Beginning on a date unknown to the Grand Jury, but not later than in or around June 2015, and continuing until at least in or around September 2017, in Los Angeles and Riverside Counties, within the Central District of California, and elsewhere, defendants ARA MALKHASYAN ("MALKHASYAN"), SMBAT KHECHUMYAN ("SMBAT KHECHUMYAN"), SVETA KHECHUMYAN, also known as "Ani Galostian" ("SVETA KHECHUMYAN"), HARUTYUN PETROSYANTS ("PETROSYANTS"), ARTUR HARUTYUNYAN ("HARUTYUNYAN"), ARTAK OKHOYAN ("OKHOYAN"), KHACHATUR CHOBANYAN ("CHOBANYAN"), JIVAN HAKHNAZARYAN ("HAKHNAZARYAN"), and ARMAN GRIGORYAN ("GRIGORYAN"), together with others known and unknown to the Grand Jury, combined, conspired, and agreed with each other to knowingly and with intent to defraud, devise, execute, and attempt to execute a scheme to obtain monies, funds, assets, and other property owned by and in the custody and control of Bank of America, JP Morgan, and Wells Fargo (collectively, the "victim banks") by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts, in violation of Title 18, United States Code, Section 1344(2).

B.    THE MANNER AND MEANS OF THE CONSPIRACY

8.    The object of the conspiracy was to be carried out, and was carried out, in substance, as follows:

4

1          a.    Defendants MALKHASYAN, SMBAT KHECHUMYAN, SVETA
2    KHECHUMYAN, PETROSYANTS, HARUTYUNYAN, OKHOYAN, CHOBANYAN,
3    HAKHNAZARYAN, and GRIGORYAN would obtain genuine Armenian passports
4    not in their names that had the personal identifying information of
5    the true passport holders, but had been fraudulently altered to bear
6    the photographs of defendants MALKHASYAN, SMBAT KHECHUMYAN, SVETA
7    KHECHUMYAN, PETROSYANTS, HARUTYUNYAN, OKHOYAN, CHOBANYAN,
8    HAKHNAZARYAN, and GRIGORYAN.

9          b.    Defendants MALKHASYAN, SMBAT KHECHUMYAN, SVETA
10   KHECHUMYAN, PETROSYANTS, HARUTYUNYAN, OKHOYAN, CHOBANYAN,
11   HAKHNAZARYAN, and GRIGORYAN would use these fraudulently altered
12   passports and the personal identifying information of the true
13   passport holders to obtain secondary documents in the true passport
14   holders' names to open bank accounts, including by opening accounts
15   in the names of the true passport holders at stores, such as Walmart
16   Sam's Club and Costco, and by obtaining post office boxes in the
17   names of the true passport holders.

18         c.    Defendants MALKHASYAN, SMBAT KHECHUMYAN, SVETA
19   KHECHUMYAN, PETROSYANTS, HARUTYUNYAN, OKHOYAN, CHOBANYAN,
20   HAKHNAZARYAN, and GRIGORYAN would use the fraudulently altered
21   passports, secondary documents, and the personal identifying
22   information of the true passport holders to open bank accounts in the
23   true passport holders' names at the victim banks.  In doing so,
24   defendants MALKHASYAN, SMBAT KHECHUMYAN, SVETA KHECHUMYAN,
25   PETROSYANTS, HARUTYUNYAN, OKHOYAN, CHOBANYAN, HAKHNAZARYAN, and
26   GRIGORYAN, together with others known and unknown to the Grand Jury,
27   concealed their true identities to the victim banks and falsely

28

1  represented to the victim banks that they were the true passport

2  holders.

3        d.    Defendants MALKHASYAN, PETROSYANTS, HARUTYUNYAN, and

4  OKHOYAN, and co-conspirators known and unknown to the Grand Jury,

5  would make small deposits into and small withdrawals from

6  fraudulently opened accounts at Bank of America during the first 90

7  days after the accounts had been opened in order to make the accounts

8  appear legitimate and encourage Bank of America to place the accounts

9  in good standing.

10       e.    Defendants MALKHASYAN, SMBAT KHECHUMYAN, SVETA

11 KHECHUMYAN, PETROSYANTS, HARUTYUNYAN, OKHOYAN, and CHOBANYAN, and co-

12 conspirators known and unknown to the Grand Jury, would deposit

13 forged and fraudulent checks from other fraudulently opened checking

14 accounts into the fraudulently opened bank accounts at Bank of

15 America.   In doing so, defendants falsely represented to Bank of

16 America that the checks from other fraudulently opened checking

17 accounts were legitimate and represented money that existed in a

18 legitimate bank account.

19       f.    Co-conspirators known and unknown to the Grand Jury

20 would access fraudulently opened Bank of America accounts online and

21 transfer money from the savings accounts into the checking accounts

22 so that the money was readily available for withdrawal.

23       g.    Defendants MALKHASYAN and SMBAT KHECHUMYAN, and co-

24 conspirators known and unknown to the Grand Jury, would then withdraw

25 money from the fraudulently opened Bank of America accounts at casino

26 ATMs in Las Vegas, Nevada and elsewhere.

27     9.    Through the scheme, defendants MALKHASYAN, SMBAT

28 KHECHUMYAN, SVETA KHECHUMYAN, PETROSYANTS, HARUTYUNYAN, OKHOYAN,

1   CHOBANYAN, HAKHNAZARYAN, and GRIGORYAN, together with co-conspirators
2   known and unknown to the Grand Jury, knowingly used at least
3   approximately 331 fraudulently altered Armenian passports to open
4   fraudulent bank accounts at the victim banks.

5       10.   Through the scheme, defendants MALKHASYAN, SMBAT
6   KHECHUMYAN, SVETA KHECHUMYAN, PETROSYANTS, HARUTYUNYAN, OKHOYAN,
7   CHOBANYAN, HAKHNAZARYAN, and GRIGORYAN, together with co-conspirators
8   known and unknown to the Grand Jury, fraudulently obtained or
9   attempted to obtain a total of at least approximately $1,556,336.54
10  from Bank of America, to which each of the defendants knew he or she
11  was not entitled.

12  C.   OVERT ACTS

13      11.   On or about the following dates, in furtherance of the
14  conspiracy and to accomplish the object of the conspiracy, defendants
15  MALKHASYAN, SMBAT KHECHUMYAN, SVETA KHECHUMYAN, PETROSYANTS,
16  HARUTYUNYAN, OKHOYAN, CHOBANYAN, HAKHNAZARYAN, and GRIGORYAN,
17  together with others known and unknown to the Grand Jury, committed
18  and willfully caused others to commit the following overt acts, among
19  others, within the Central District of California, and elsewhere:

20  **Victim S.M.**

21      Overt Act No. 1:    On or about June 9, 2015, defendant
22  CHOBANYAN used a fraudulently altered Armenian passport of victim
23  S.M. bearing defendant CHOBANYAN's photograph to open a Walmart Sam's
24  Club account in victim S.M.'s name.

25      Overt Act No. 2:    On or about June 9, 2015, defendant
26  CHOBANYAN used a fraudulently altered Armenian passport of victim
27  S.M. bearing defendant CHOBANYAN's photograph to open a post office
28  box in victim S.M.'s name.

Overt Act No. 3:    On or about June 9, 2015, at a Bank of America branch in Pomona, California, defendant CHOBANYAN used a fraudulently altered Armenian passport belonging to victim S.M. bearing defendant CHOBANYAN's photograph to open Bank of America checking account ending in -0387 and savings account ending in -0400 in victim S.M.'s name.

Overt Act No. 4:    On or about August 18, 2015, defendant OKHOYAN used a fraudulently altered Armenian passport of victim E.H. bearing defendant OKHOYAN's photograph to open a post office box in victim E.H.'s name.

Overt Act No. 5:    On or about August 18, 2015, at a Bank of America branch in Arcadia, California, defendant OKHOYAN used a fraudulently altered Armenian passport belonging to victim E.H. bearing defendant OKHOYAN's photograph to open Bank of America checking account ending in -2576 in victim E.H.'s name.

Overt Act No. 6:    On or about August 24, 2015, at a Wells Fargo branch in Monrovia, California, defendant SMBAT KHECHUMYAN used a fraudulently altered Armenian passport belonging to victim E.M. bearing defendant SMBAT KHECHUMYAN's photograph to open Wells Fargo checking account ending in -8393 in victim E.M.'s name.

Overt Act No. 7:    On or about September 10, 2015, defendant SVETA KHECHUMYAN deposited a $3,990 check drawn from Bank of America checking account ending in -2576 in victim E.H.'s name into Bank of America savings account ending in -0400 in victim S.M.'s name.

Overt Act No. 8:    On or about September 10, 2015, a co-conspirator deposited a $1,000 check drawn from Bank of America checking account ending in -2576 in victim E.H.'s name into Bank of America checking account ending in -0387 in victim S.M.'s name.

Overt Act No. 9:   On or about September 11, 2015, defendant MALKHASYAN deposited a $4,900 check drawn from Wells Fargo checking account ending in -8393 in victim E.M.'s name into Bank of America savings account ending in -0400 in victim S.M.'s name.

Overt Act No. 10:   On or about September 11, 2015, defendant MALKHASYAN deposited a $4,800 check drawn from Wells Fargo checking account ending in -8393 in victim E.M.'s name into Bank of America savings account ending in -0400 in victim S.M.'s name.

Overt Act No. 11:   On or about September 11, 2015, a co-conspirator made an online banking transfer of $4,090 from Bank of America savings account ending in -0400 in victim S.M.'s name to Bank of America checking account ending in -0387 in victim S.M.'s name.

Overt Act No. 12:   On or about September 11, 2015, a co-conspirator withdrew as a cash advance $4,852.92 from Bank of America checking account ending in -0387 in victim S.M.'s name at an ATM at the Aria Resort and Casino in Las Vegas, Nevada.

**Victim G.G.**

Overt Act No. 13:   On or about June 25, 2015, defendants HARUTYUNYAN and OKHOYAN used a fraudulently altered Armenian passport of victim G.G. bearing defendant HARUTYUNYAN's photograph to open a Walmart Sam's Club account in victim G.G.'s name.

Overt Act No. 14:   On or about June 25, 2015, defendants HARUTYUNYAN and OKHOYAN used a fraudulently altered Armenian passport of victim G.G. bearing defendant HARUTYUNYAN's photograph to open a post office box in victim G.G.'s name.

Overt Act No. 15:   On or about June 25, 2015, at a Bank of American branch in Palmdale, California, defendant HARUTYUNYAN used a fraudulently altered Armenian passport belonging to victim G.G.

bearing defendant HARUTYUNYAN's photograph to open Bank of America checking account ending in -2617 and savings account ending in -0253 in victim G.G.'s name.

Overt Act No. 16:   On or about June 25, 2015, defendants HARUTYUNYAN and OKHOYAN deposited $200 into Bank of America checking account ending in -2617 in victim G.G.'s name.

Overt Act No. 17:   On or about June 25, 2015, defendants HARUTYUNYAN and OKHOYAN deposited $100 into Bank of America savings account ending in -0253 in victim G.G.'s name.

Overt Act No. 18:   On or about August 8, 2015, defendants MALKHASYAN and PETROSYANTS deposited $200 cash into Bank of America checking account ending in -2617 in victim G.G.'s name.

Overt Act No. 19:   On or about September 2, 2015, at a Bank of America branch in Santa Clarita, California, defendant OKHOYAN used a fraudulently altered Armenian passport belonging to victim H.K. bearing defendant OKHOYAN's photograph to open Wells Fargo checking account ending in -4118 in victim H.K.'s name.

Overt Act No. 20:   On or about September 2, 2015, defendant PETROSYANTS used a fraudulently altered Armenian passport of victim V.M. bearing defendant PETROSYANTS's photograph to open a post office box in victim V.M.'s name.

Overt Act No. 21:   On or about September 2, 2015, at a Wells Fargo branch in Santa Clarita, California, defendant PETROSYANTS used a fraudulently altered Armenian passport belonging to victim V.M. bearing defendant PETROSYANTS's photograph to open Wells Fargo checking account ending in -4286 in victim V.M.'s name.

Overt Act No. 22:   On or about September 24, 2015, defendant MALKHASYAN deposited a $1,000 check drawn from Wells Fargo checking

account ending in -4118 in victim H.K.'s name into Bank of America checking account ending in -2617 in victim G.G.'s name.

Overt Act No. 23:   On or about September 24, 2015, defendant MALKHASYAN withdrew $420 in cash from Bank of America checking account ending in -2617 in victim G.G.'s name.

Overt Act No. 24:   On or about September 24, 2015, a co-conspirator deposited a $3,998 check drawn from Wells Fargo checking account ending in -4118 in victim H.K.'s name into Bank of America savings account ending in -0253 in victim G.G.'s name.

Overt Act No. 25:   On or about September 25, 2015, a co-conspirator deposited a $1,000 check drawn from Wells Fargo checking account ending in -4118 in victim H.K.'s name into Bank of America checking account ending in -2617 in victim G.G.'s name.

Overt Act No. 26:   On or about September 25, 2015, defendant SVETA KHECHUMYAN deposited a $4,600 check drawn from Wells Fargo checking account ending in -4286 in victim V.M.'s name into Bank of America savings account ending in -0253 in victim G.G.'s name.

Overt Act No. 27:   On or about September 25, 2015, a co-conspirator made an online banking transfer of $4,095 from Bank of America savings account ending in -0253 in victim G.G.'s name to Bank of America checking account ending in -2617 in victim G.G.'s name.

Overt Act No. 28:   On or about September 25, 2015, a co-conspirator withdrew as a cash advance $4,902.95 from Bank of America checking account ending in -2617 in victim G.G.'s name at an ATM at the Caesar's Palace Hotel and Casino in Las Vegas, Nevada.

**Victim A.M.**

Overt Act No. 29:   On or about August 24, 2015, defendant SVETA KHECHUMYAN, accompanied by defendant SMBAT KHECHUMYAN, used a

fraudulently altered Armenian passport of victim A.M. bearing
defendant SVETA KHECHUMYAN's photograph to open a Walmart Sam's Club
account in victim A.M.'s name.

Overt Act No. 30:   On or about November 10, 2015, at a Bank of
America branch in Los Angeles, California, defendant SVETA KHECHUMYAN
used a fraudulently altered Armenian passport belonging to victim
A.M. bearing defendant SVETA KHECHUMYAN's photograph to open Bank of
America checking account ending in -4005 and savings account ending
in -2853 in victim A.M.'s name.

Overt Act No. 31:   On or about November 17, 2015, at a JP
Morgan branch in Ontario, California, defendant PETROSYANTS used a
fraudulently altered Armenian passport belonging to victim Arm.M.
bearing defendant PETROSYANTS's photograph to open JP Morgan checking
account ending in -1290 in victim Arm.M.'s name.

Overt Act No. 32:   On or about November 23, 2015, at a JP
Morgan branch in Los Angeles, California, defendant SMBAT KHECHUMYAN
used a fraudulently altered Armenian passport belonging to victim
Art.M. bearing defendant SMBAT KHECHUMYAN's photograph to open JP
Morgan checking account ending in -3523 in victim Art.M.'s name.

Overt Act No. 33:   On or about December 21, 2015, at a JP
Morgan branch in Los Angeles, California, defendant SVETA KHECHUMYAN
used a fraudulently altered Armenian passport belonging to victim
A.M. bearing defendant SVETA KHECHUMYAN's photograph to open JP
Morgan checking account ending in -1126 in victim A.M.'s name.

Overt Act No. 34:   On January 7, 2016, SVETA KHECHUMUYAN
deposited a $3,990 check from JP Morgan checking account ending
in -3523 in victim Art.M.'s name into Bank of America checking
account ending in -4005 in victim A.M.'s name.

Overt Act No. 35:   On or about January 7, 2016, a co-conspirator deposited a $1,000 check from JP Morgan checking account ending in -1290 in victim Arm.M.'s name into Bank of America savings account ending in -2853 in victim A.M.'s name.

Overt Act No. 36:   On or about January 8, 2016, a co-conspirator made an online banking transfer of $1,098 from Bank of America savings account ending in -2853 in victim A.M.'s name into Bank of America checking account ending in -4005 in victim A.M.'s name.

Overt Act No. 37:   On or about January 8, 2016, a co-conspirator withdrew as a cash advance $1,005.99 from Bank of America checking account ending -4005 in victim A.M.'s name at an ATM at the Bellagio Hotel and Casino in Las Vegas, Nevada.

**Victim E.T.**

Overt Act No. 38:   On or about October 26, 2015, defendant MALKHASYAN used a fraudulently altered Armenian passport of victim E.T. bearing defendant MALKHASYAN's photograph to open a post office box in victim E.T.'s name.

Overt Act No. 39:   On or about November 10, 2015, defendant SMBAT KHECHUMYAN used a fraudulently altered Armenian passport of victim N.T. bearing defendant SMBAT KHECHUMYAN's photograph to open a post office box in victim N.T.'s name.

Overt Act No. 40:   On or about November 10, 2015, at a JP Morgan branch in Los Angeles, California, defendant SMBAT KHECHUMYAN used a fraudulently altered Armenian passport belonging to victim N.T. bearing defendant SMBAT KHECHUMYAN's photograph to open JP Morgan checking account ending in -7823 in victim N.T.'s name.

Overt Act No. 41:   On or about November 16, 2015, at a Bank of America branch in Los Angeles, California, defendant MALKHASYAN used a fraudulently altered Armenian passport belonging to victim E.T. bearing defendant MALKHASYAN's photograph to open Bank of America checking account ending in -7829 and savings account ending in -1851 in victim E.T.'s name.

Overt Act No. 42:   On or about November 16, 2015, defendant MALKHASYAN, accompanied by defendant PETROSYANTS, deposited $320 into Bank of America checking account ending in -7829 in victim E.T.'s name.

Overt Act No. 43:   On or about November 16, 2015, defendant MALKHASYAN, accompanied by defendant PETROSYANTS, deposited $100 into Bank of America savings account ending in -1851 in victim E.T.'s name.

Overt Act No. 44:   On or about December 11, 2015, defendant MALKHASYAN deposited $250 into Bank of America checking account ending in -7829 in victim E.T.'s name.

Overt Act No. 45:   On or about December 21, 2015, defendant PETROSYANTS used a fraudulently altered Armenian passport of victim S.D. bearing defendant PETROSYANTS's photograph to open a post office box in victim S.D.'s name.

Overt Act No. 46:   On or about December 21, 2015, at a JP Morgan branch in Los Angeles, California, defendant PETROSYANTS used a fraudulently altered Armenian passport belonging to victim S.D. bearing defendant PETROSYANTS's photograph to open JP Morgan checking account ending in -1810 in victim S.D.'s name.

Overt Act No. 47:   On or about January 14, 2016, defendant SMBAT KHECHUMYAN deposited a $3,860 check drawn from JP Morgan

14

checking account ending in -7823 in victim N.T.'s name into Bank of America savings account ending in -1851 in E.T.'s name.

Overt Act No. 48:   On or about January 14, 2016, a co-conspirator deposited a $1,000 check drawn from JP Morgan checking account ending in -1810 in victim S.D.'s name into Bank of America checking account ending in -7829 in victim E.T.'s name.

Overt Act No. 49:   On or about January 15, 2016, a co-conspirator deposited a $4,900 check drawn from JP Morgan checking account ending in -1810 in victim S.D.'s name into Bank of America savings account ending in -1851 in victim E.T.'s name.

Overt Act No. 50:   On or about January 15, 2016, a co-conspirator deposited a $1,000 check drawn from JP Morgan checking account ending in -7823 in victim N.T.'s name into Bank of America checking account ending in -7829 in victim E.T.'s name.

Overt Act No. 51:   On or about January 15, 2016, a co-conspirator made an online banking transfer of $3,958 from Bank of America savings account ending in -1851 in victim E.T.'s name to Bank of America checking account ending in -7829 in victim E.T.'s name.

Overt Act No. 52:   On or about January 15, 2016, defendants MALKHASYAN and SMBAT KHECHUMYAN withdrew as a cash advance $4,502.95 from Bank of America checking account ending in -7829 in victim E.T.'s name at an ATM at the Caesar's Palace Hotel and Casino in Las Vegas, Nevada.

Overt Act No. 53:   On or about January 16, 2016, a co-conspirator made an online banking transfer of $4,900 from Bank of America savings account ending in -0851 in victim E.T.'s name to Bank of America checking account ending in -7829 in victim E.T.'s name.

1     Overt Act No. 54:   On or about January 16, 2016, defendants

2   MALKHASYAN and SMBAT KHECHUMYAN withdrew as a cash advance $4,902.95

3   from Bank of America checking account ending in -7829 in victim

4   E.T.'s name at an ATM at the Caesar's Palace Hotel and Casino in Las

5   Vegas, Nevada.

6   **Victim A.G.**

7     Overt Act No. 55:   On or about October 25, 2016, defendant

8   HAKHNAZARYAN used a fraudulently altered Armenian passport of victim

9   A.G. bearing defendant HAKHNAZARYAN's photograph to open a post

10  office box in victim A.G.'s name.

11    Overt Act No. 56:   On or about October 25, 2016, at a Bank of

12  America branch in Santa Monica, California, defendant SMBAT

13  KHECHUMYAN used a fraudulently altered Armenian passport belonging to

14  victim G.A. bearing defendant SMBAT KHECHUMYAN's photograph to open

15  Bank of America checking account ending in -0808 and savings account

16  ending in -0824 in victim G.A.'s name.

17    Overt Act No. 57:   On or about October 26, 2016, at a Bank of

18  America branch in Los Angeles, California, defendants HAKHNAZARYAN

19  and SMBAT KHECHUMYAN used a fraudulently altered Armenian passport

20  belonging to victim A.G. bearing defendant HAKHNAZARYAN's photograph

21  to open Bank of America checking account ending in -2097 and savings

22  account ending in -9226 in victim A.G.'s name.

23    Overt Act No. 58:   On or about February 6, 2017, at a JP Morgan

24  branch in Los Angeles, California, defendant SMBAT KHECHUMYAN used a

25  fraudulently altered Armenian passport belonging to victim G.A.

26  bearing defendant SMBAT KHECHUMYAN's photograph to open JP Morgan

27  checking account ending in -7181 in victim G.A.'s name.

28

Overt Act No. 59:   On or about February 10, 2017, defendant MALKHASYAN deposited a $4,600 check drawn from JP Morgan checking account ending in -7181 in victim G.A.'s name into Bank of America savings account ending in -9226 in victim A.G.'s name.

Overt Act No. 60:   On or about February 10, 2017, defendant SMBAT KHECHUMYAN deposited a $950 check drawn from JP Morgan checking account ending in -7181 in victim G.A.'s name into Bank of America checking account ending in -2097 in victim A.G.'s name.

Overt Act No. 61:   On or about February 11, 2017, a co-conspirator made an online banking transfer of $4,700 from Bank of America savings account ending in -9226 in victim A.G.'s name to Bank of America checking account ending in -2097 in victim A.G.'s name.

Overt Act No. 62:   On or about February 12, 2017, a co-conspirator withdrew $687.99 in cash from Bank of America checking account ending in -2097 in victim A.G.'s name at an ATM at the LINQ Hotel and Casino in Las Vegas, Nevada.

Overt Act No. 63:   On or about February 12, 2017, a co-conspirator withdrew $987.99 in cash from Bank of America checking account ending in -2097 in victim A.G.'s name at an ATM at the LINQ Hotel and Casino in Las Vegas, Nevada.

Overt Act No. 64:   On or about February 12, 2017, a co-conspirator withdrew as a cash advance $4,965.45 from Bank of America checking account ending in -2097 in victim A.G.'s name at an ATM at the LINQ Hotel and Casino in Las Vegas, Nevada.

Overt Act No. 65:   On or about February 12, 2017, defendant MALKHASYAN deposited a $980 check drawn from JP Morgan checking account ending in -7181 in victim G.A.'s name into Bank of America checking account ending in -2097 in victim A.G.'s name.

1    **Victim V.H.**

2       Overt Act No. 66:   On or about October 26, 2016, at a Bank of

3    America branch in Simi Valley, California, defendant GRIGORYAN used a

4    fraudulently altered Armenian passport belonging to victim V.H.

5    bearing defendant GRIGORYAN's photograph to open Bank of America

6    checking account ending in -2210 and savings account ending in -7661

7    in victim V.H.'s name.

8       Overt Act No. 67:   On or about December 16, 2016, at a Bank of

9    America branch in Los Angeles, California, defendant MALKHASYAN

10   deposited $220 in cash into Bank of America checking account ending

11   in -2210 in victim V.H.'s name.

12      Overt Act No. 68:   On or about February 14, 2017, at a JP

13   Morgan branch in Simi Valley, California, defendant GRIGORYAN used a

14   fraudulently altered Armenian passport belonging to victim V.H.

15   bearing defendant GRIGORYAN's photograph to open JP Morgan checking

16   account ending in -1977 in victim V.H.'s name.

17      Overt Act No. 69:   On or about February 17, 2017, at a JP

18   Morgan branch in San Bernardino, California, defendant SMBAT

19   KHECHUMYAN used a fraudulently altered Armenian passport belonging to

20   victim N.H. bearing defendant SMBAT KHECHUMYAN's photograph to open

21   JP Morgan checking account ending in -0271 in victim N.H.'s name.

22      Overt Act No. 70:   On or about February 17, 2017, a

23   co-conspirator deposited a $970 check from JP Morgan checking account

24   ending in -0271 in victim N.H.'s name into Bank of America checking

25   account ending in -2210 in victim V.H.'s name.

26      Overt Act No. 71:   On or about February 17, 2017, a

27   co-conspirator deposited a $4,700 check from JP Morgan checking

28

account ending in -0271 in victim N.H.'s name into Bank of America savings account ending in -7661 in victim V.H.'s name.

Overt Act No. 72:    On or about February 17, 2017, a co-conspirator withdrew $900 in cash from Bank of America checking account ending in -2210 in victim V.H.'s name.

COUNTS TWO THROUGH NINETEEN

[18 U.S.C. §§ 1344(2), 2(a)]

12.   The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1 through 5 and 8 through 11 of this Indictment as if fully set forth herein.

A.   THE SCHEME TO DEFRAUD

13.   Beginning on a date unknown to the Grand Jury, but not later than in or around June 2015, and continuing until September 2017, in Los Angeles and Riverside Counties, within the Central District of California, and elsewhere, defendants ARA MALKHASYAN ("MALKHASYAN"), SMBAT KHECHUMYAN ("SMBAT KHECHUMYAN"), SVETA KHECHUMYAN, also known as "Ani Galstian" ("SVETA KHECHUMYAN"), HARUTYUN PETROSYANTS ("PETROSYANTS"), ARTUR HARUTYUNYAN ("HARUTYUNYAN"), ARTAK OKHOYAN ("OKHOYAN"), KHACHATUR CHOBANYAN ("CHOBANYAN"), JIVAN HAKHNAZARYAN ("HAKHNAZARYAN"), and ARMAN GRIGORYAN ("GRIGORYAN"), and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly and with intent to defraud, devised, executed, and attempted to execute a scheme to obtain monies, funds, assets, and other property owned by and in the custody and control of Bank of America, JP Morgan, and Wells Fargo (the "victim banks"), by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

14.   The fraudulent scheme was operated and was carried out, in substance, as set forth in paragraphs 8 through 11 of this Indictment.

B.   THE EXECUTION OF THE FRAUDULENT SCHEME

15.   On or about the following dates, in Los Angeles and Riverside Counties, within the Central District of California, and elsewhere, defendants MALKHASYAN, SMBAT KHECHUMYAN, SVETA KHECHUMYAN, PETROSYANTS, HARUTYUNYAN, OKHOYAN, CHOBANYAN, HAKHNAZARYAN, and GRIGORYAN, together with others known and unknown to the Grand Jury, each aiding and abetting the other, committed and willfully caused others to commit the following acts, each of which constituted an execution and attempted execution of the fraudulent scheme:

| COUNT | DEFENDANT(S) | DATE | ACT |
|-------|--------------|------|-----|
| Counts Related to Victim S.M. | | | |
| TWO | CHOBANYAN | 6/9/2015 | Opened Bank of America checking account ending in -0387 and savings account ending in -0400 in victim S.M.'s name in Pomona, California. |
| THREE | SVETA KHECHUMYAN | 9/10/2015 | Deposited $3,990 check into Bank of America savings account ending in -0400 in victim S.M.'s name from Bank of America checking account ending in -2576 in victim E.H.'s name in Los Angeles, California. |
| FOUR | MALKHASYAN | 9/11/2015 | Deposited $4,900 check into Bank of America savings account ending in -0400 in victim S.M.'s name from Wells Fargo checking account ending in -8393 in victim E.M.'s name in Los Angeles, California. |

| COUNT | DEFENDANT(S) | DATE | ACT |
|-------|--------------|------|-----|
| FIVE | MALKHASYAN | 9/11/2015 | Deposited $4,800 check into Bank of America savings account ending in -0400 in victim S.M.'s name from Wells Fargo checking account -8393 in victim E.M.'s name in Los Angeles, California. |

Counts Related to Victim G.G.

| COUNT | DEFENDANT(S) | DATE | ACT |
|-------|--------------|------|-----|
| SIX | HARUTYUNYAN | 6/25/2015 | Opened Bank of America checking account ending in -2617 and savings account ending in -0253 in victim G.G.'s name in Palmdale, California. |
| SEVEN | OKHOYAN | 9/2/2015 | Opened Wells Fargo checking account ending in -4118 in victim H.K.'s name in Santa Clarita, California. |
| EIGHT | PETROSYANTS | 9/2/2015 | Opened Wells Fargo checking account ending in -4286 in victim V.M.'s name in Santa Clarita, California. |
| NINE | MALKHASYAN | 9/24/2015 | Deposited $1,000 check into Bank of America checking account ending in -2617 in victim G.G.'s name from Wells Fargo checking account ending in -4118 in victim H.K.'s name in Los Angeles, California. |
| TEN | SVETA KHECHUMYAN | 9/25/2015 | Deposited $4,600 check into Bank of America savings account ending in -0253 in victim G.G.'s name from Wells Fargo checking account -4286 in victim V.M.'s name in Los Angeles, California. |

Counts Related to Victim A.M.

| COUNT | DEFENDANT(S) | DATE | ACT |
|-------|-------------|------|-----|
| ELEVEN | SVETA KHECHUMYAN | 11/10/2015 | Opened Bank of America checking account ending in -4005 and savings account ending in -2853 in victim A.M.'s name in Los Angeles, California. |
| TWELVE | SVETA KHECHUMYAN | 01/07/2016 | Deposited $3,990 check into Bank of America checking account ending in -4005 in victim A.M.'s name from JP Morgan checking account ending in -3523 in victim Art.M.'s name in Los Angeles, California. |

Counts Related to Victim E.T.

| COUNT | DEFENDANT(S) | DATE | ACT |
|-------|-------------|------|-----|
| THIRTEEN | MALKHASYAN | 11/16/2015 | Opened Bank of America checking account ending in -7829 and savings account ending in -1851 in victim E.T.'s name in Los Angeles, California. |
| FOURTEEN | SMBAT KHECHUMYAN | 1/14/2016 | Deposited $3,860 check into Bank of America savings account ending in -1851 in victim E.T.'s name from JP Morgan checking account ending in -7823 in victim N.T.'s name in Los Angeles, California. |

Counts Related to Victim A.G.

| COUNT | DEFENDANT(S) | DATE | ACT |
|-------|-------------|------|-----|
| FIFTEEN | HAKHNAZARYAN | 10/26/2016 | Opened Bank of America checking account ending in -2097 and savings account ending in -9226 in victim A.G.'s name in Los Angeles, California. |

| COUNT | DEFENDANT(S) | DATE | ACT |
|---|---|---|---|
| SIXTEEN | MALKHASYAN | 2/10/2017 | Deposited $4,600 check into Bank of America savings account ending in -9226 in victim A.G.'s name from JP Morgan checking account ending in -7181 in victim G.A.'s name in Los Angeles, California. |
| SEVENTEEN | SMBAT KHECHUMYAN | 2/10/2017 | Deposited $950 check into Bank of America checking account ending in -2097 in victim A.G.'s name from JP Morgan checking account ending in -7181 in victim G.A.'s name in Los Angeles, California. |
| EIGHTEEN | MALKHASYAN | 2/12/2017 | Deposited $980 into Bank of America checking account ending in -2097 in victim A.G.'s name from JP Morgan checking account ending in -7181 in victim G.A.'s name in Los Angeles, California. |
| Counts Related to Victim V.H. | | | |
| NINETEEN | GRIGORYAN | 2/14/2017 | Opened JP Morgan checking account ending in -1977 in victim V.H.'s name in Simi Valley, California. |

COUNT TWENTY

[18 U.S.C. § 1028A(a)(1)]

16.   On or about June 9, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant KHACHATUR CHOBANYAN ("CHOBANYAN") knowingly possessed and used, without lawful authority, means of identification that defendant CHOBANYAN knew belonged to another person, namely, the name and passport number of victim S.M., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

COUNT TWENTY-ONE

[18 U.S.C. § 1028A(a)(1)]

17.   On or about June 25, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant ARTUR HARUTYUNYAN ("HARUTYUNYAN") knowingly possessed and used, without lawful authority, means of identification that defendant HARUTYUNYAN knew belonged to another person, namely, the name and passport number of victim G.G., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

COUNT TWENTY-TWO

[18 U.S.C. § 1028A(a)(1)]

18.   On or about September 2, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant ARTAK OKHOYAN ("OKHOYAN") knowingly possessed and used, without lawful authority, means of identification that defendant OKHOYAN knew belonged to another person, namely, the name and passport number of victim H.K., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

COUNT TWENTY-THREE

[18 U.S.C. § 1028A(a)(1)]

19.   On or about November 10, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant SVETA KHECHUMYAN, also known as "Ani Galostian" ("SVETA KHECHUMYAN"), knowingly possessed and used, without lawful authority, means of identification that defendant SVETA KHECHUMYAN knew belonged to another person, namely, the name and passport number of victim A.M., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

COUNT TWENTY-FOUR

[18 U.S.C. § 1028A(a)(1)]

20.   On or about October 26, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant ARA MALKHASYAN ("MALKHASYAN") knowingly possessed and used, without lawful authority, means of identification that defendant MALKHASYAN knew belonged to another person, namely, the name and passport number of victim E.T., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

COUNT TWENTY-FIVE

[18 U.S.C. § 1028A(a)(1)]

21.   On or about November 10, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant SMBAT KHECHUMYAN ("SMBAT KHECHUMYAN") knowingly possessed and used, without lawful authority, means of identification that defendant SMBAT KHECHUMYAN knew belonged to another person, namely, the name and passport number of victim N.T., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

COUNT TWENTY-SIX

[18 U.S.C. § 1028A(a)(1)]

22.  On or about December 21, 2015, in Los Angeles County, within the Central District of California, and elsewhere, defendant HARUTYUN PETROSYANTS ("PETROSYANTS") knowingly possessed and used, without lawful authority, means of identification that defendant PETROSYANTS knew belonged to another person, namely, the name and passport number of victim S.D., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

COUNT TWENTY-SEVEN

[18 U.S.C. § 1028A(a)(1)]

23.   On or about October 26, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendant JIVAN HAKHNAZARYAN ("HAKHNAZARYAN") knowingly possessed and used, without lawful authority, means of identification that defendant HAKHNAZARYAN knew belonged to another person, namely, the name and passport number of victim A.G., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

COUNT TWENTY-EIGHT

[18 U.S.C. § 1028A(a)(1)]

24.   On or about February 14, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant ARMAN GRIGORYAN ("GRIGORYAN") knowingly possessed and used, without lawful authority, means of identification that defendant GRIGORYAN knew belonged to another person, namely, the name and passport number of victim V.H., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

COUNT TWENTY-NINE

[18 U.S.C. § 1349]

25.  The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1 through 5 of this Indictment as if fully set forth herein.

A.  OBJECT OF THE CONSPIRACY

26.  Beginning on a date unknown to the Grand Jury, but not later than in or around April 2017 and continuing to the present, in Los Angeles County, within the Central District of California, and elsewhere, defendants ARA MALKHASYAN ("MALKHASYAN"), SMBAT KHECHUMYAN ("SMBAT KHECHUMYAN"), and SVETA KHECHUMYAN, also known as "Ani Galostian" ("SVETA KHECHUMYAN"), together with others known and unknown to the Grand Jury, combined, conspired, and agreed with each other to knowingly and with intent to defraud, devise, execute, and attempt to execute a scheme to obtain monies, funds, assets, and other property owned by and in the custody and control of Bank of America, JP Morgan, and Wells Fargo (the "victim banks") by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts, in violation of Title 18, United States Code, Section 1344(2).

B.  THE MANNER AND MEANS OF THE CONSPIRACY

27.  The object of the conspiracy was carried out, and was to be carried out, in substance, as follows:

a.  Defendants MALKHASYAN, SMBAT KHECHUMYAN, and SVETA KHECHUMYAN would obtain counterfeit Ukrainian passports and genuine Armenian passports not in their names that bore the photographs of defendants MALKHASYAN, SMBAT KHECHUMYAN, or SVETA KHECHUMYAN.

b.  Defendants MALKHASYAN, SMBAT KHECHUMYAN, and SVETA KHECHUMYAN would use the counterfeit or fraudulently altered passports to open bank accounts at the victim banks.  In doing so, defendants MALKHASYAN, SMBAT KHECHUMYAN, and SVETA KHECHUMYAN, together with others known and unknown to the Grand Jury, concealed their true identities to the victim banks and falsely represented to the victim banks that they were the person whose information was on the passport.

c.  Defendants MALKHASYAN, SMBAT KHECHUMYAN, and SVETA KHECHUMYAN would make small deposits into and small withdrawals from fraudulently opened accounts at Wells Fargo during the first 90 days after the accounts were opened in order to make the accounts appear legitimate and encourage Wells Fargo to place the accounts in good standing.

d.  Defendants MALKHASYAN, SMBAT KHECHUMYAN, and SVETA KHECHUMYAN, would deposit checks from fraudulent checking accounts or forged cashier's checks from victim banks into the fraudulently opened bank accounts at Wells Fargo.  In doing so, defendants MALKHASYAN, SMBAT KHECHUMYAN, and SVETA KHECHUMYAN falsely represented to the victim banks that the checks from fraudulent checking accounts and forged cashier's checks were legitimate and represented money that existed in a legitimate bank account.

e.  Co-conspirators known and unknown to the Grand Jury would access fraudulently opened Wells Fargo accounts online and consolidate money into either the savings or checking account so that the money was readily available for withdrawal.

f.  Defendants MALKHASYAN, SMBAT KHECHUMYAN, SVETA KHECHUMYAN, and co-conspirators known and unknown to the Grand Jury,

35

1    would then withdraw money from the fraudulently opened Wells Fargo

2    bank accounts at a Wells Fargo branch in Los Angeles, California, or

3    a casino ATM in Las Vegas, Nevada.

4        28.   Through the scheme, defendants MALKHASYAN, SMBAT

5    KHECHUMYAN, and SVETA KHECHUMYAN, together with co-conspirators known

6    and unknown to the Grand Jury, knowingly used approximately 70

7    genuine but fraudulently altered Armenian or counterfeit Ukrainian

8    passports to create false identities and to open fraudulent bank

9    accounts at the victim banks.

10       29.   Through the scheme, defendants MALKHASYAN, SMBAT

11   KHECHUMYAN, and SVETA KHECHUMYAN, together with co-conspirators known

12   and unknown to the Grand Jury, fraudulently obtained or attempted to

13   obtain a total of at least approximately $628,229.81 from Wells

14   Fargo, to which each of the defendants knew he or she was not

15   entitled.

16   C.   OVERT ACTS

17       30.   On or about the following dates, in furtherance of the

18   conspiracy and to accomplish the object of the conspiracy, defendants

19   MALKHASYAN, SMBAT KHECHUMYAN, and SVETA KHECHUMYAN, together with

20   others known and unknown to the Grand Jury, committed and willfully

21   caused others to commit the following overt acts, among others,

22   within the Central District of California, and elsewhere:

23   **Victim S.V.**

24   Overt Act No. 1:   On or about March 13, 2017, at a Bank of

25   America branch in Las Vegas, Nevada, defendant MALKHASYAN used a

26   fraudulently altered Armenian passport belonging to victim S.V.

27   bearing defendant MALKHASYAN's photograph to open Bank of America

28

checking account ending in -7633 and savings account ending in -7659 in victim S.V.'s name.

Overt Act No. 2:   On or about March 23, 2017, at a Wells Fargo branch in Las Vegas, Nevada, defendant MALKHASYAN used a fraudulently altered Armenian passport of victim S.V. bearing defendant MALKHASYAN's photograph to open Wells Fargo checking account ending in -2296 and savings account ending in -3751 in victim S.V.'s name.

Overt Act No. 3:   On or about May 30, 2017, a co-conspirator deposited a fraudulent $2,000 check drawn from JP Morgan checking account ending in -1663 in victim S.H.'s name into Wells Fargo checking account ending in -2296 in victim S.V.'s name.

Overt Act No. 4:   On or about June 1, 2017, a co-conspirator withdrew $1,700 cash from Wells Fargo checking account ending in -2296 in victim S.V.'s name.

Overt Act No. 5:   On or about June 8, 2017, a co-conspirator deposited a fraudulent $4,500 check drawn from JP Morgan checking account ending in -1663 in victim S.H.'s name into Wells Fargo savings account ending in -3751 in victim S.V.'s name.

Overt Act No. 6:   On or about June 9, 2017, a co-conspirator deposited a fraudulent $3,960 check drawn from JP Morgan checking account ending in -1663 in victim S.H.'s name into Wells Fargo checking account ending in -2296 in victim S.V.'s name.

Overt Act No. 7:   On or about June 12, 2017, a co-conspirator deposited a fraudulent $950 cashier's check drawn from JP Morgan checking account ending in -0819 in victim V.D.'s name into Wells Fargo checking account ending in -2296 in victim S.V.'s name.

Overt Act No. 8:   On or about June 12, 2017, defendant MALKHASYAN withdrew $300 cash from Wells Fargo savings account ending

in -3751 in victim S.V.'s name from an ATM at a Wells Fargo branch in Los Angeles, California.

Overt Act No. 9:   On or about June 12, 2017, defendant SMBAT KHECHUMYAN withdrew $200 cash from Wells Fargo checking account ending in -2296 in victim S.V.'s name from an ATM at a Wells Fargo branch in Los Angeles, California.

**N.T. Identity**

Overt Act No. 10:   On or about April 6, 2018, defendant MALKHASYAN used a counterfeit Ukrainian passport of N.T. bearing defendant MALKHASYAN's photograph to open a post office box in N.T.'s name.

Overt Act No. 11:   On or about April 12, 2018, at a Wells Fargo branch in Simi Valley, California, defendant MALKHASYAN used a counterfeit Ukrainian passport in the name of N.T. bearing defendant MALKHASYAN's photograph to open Wells Fargo checking account ending in -9617 and savings account ending in -6859 in N.T.'s name.

Overt Act No. 12:   On or about June 28, 2018, defendant MALKHASYAN deposited a forged $4,870 JP Morgan cashier's check into Wells Fargo savings account ending in -6859 in N.T.'s name.

Overt Act No. 13:   On or about June 29, 2018, a co-conspirator deposited a forged JP Morgan $4,850 cashier's check into Wells Fargo savings account ending in -6859 in N.T.'s name.

Overt Act No. 14:   On or about June 29, 2018, a co-conspirator made an online banking transfer of $4,920 from Wells Fargo savings account ending in -6859 in N.T.'s name to Wells Fargo checking account ending in -9617 in N.T.'s name.

Overt Act No. 15:   On or about June 29, 2018, defendant MALKHASYAN withdrew $4,000 cash from Wells Fargo checking account

38

ending in -9617 in N.T.'s name from an ATM at a Wells Fargo branch in Los Angeles, California.

Overt Act No. 16:   On or about June 30, 2018, a co-conspirator made an online banking transfer of $4,855 from Wells Fargo savings account ending in -6859 in N.T.'s name to Wells Fargo checking account ending in -9617 in N.T.'s name.

Overt Act No. 17:   On or about June 30, 2018, defendant MALKHASYAN withdrew $3,900 cash from Wells Fargo checking account ending in -9617 in N.T.'s name at a Wells Fargo branch in Los Angeles, California.

**L.A. Identity**

Overt Act No. 18:   On or about June 22, 2018, defendant SVETA KHECHUMYAN used a counterfeit Ukrainian passport in the name of L.A. bearing defendant SVETA KHECHUMYAN's photograph to open a post office box in L.A.'s name.

Overt Act No. 19:   On or about July 2, 2018, at a Wells Fargo branch in Los Angeles, California, defendant SVETA KHECHUMYAN used a counterfeit Ukrainian passport in the name of L.A. bearing defendant SVETA KHECHUMYAN's photograph to open Wells Fargo checking account ending in -9414 and savings account ending in -1117 in L.A.'s name.

Overt Act No. 20:   On or about August 9, 2018, a co-conspirator deposited a forged JP Morgan $4,700 cashier's check into Wells Fargo savings account ending in -1117 in L.A.'s name.

Overt Act No. 21:   On or about August 10, 2018, defendant MALKHASYAN deposited a forged $4,850 JP Morgan cashier's check into Wells Fargo checking account ending in -9414 in L.A.'s name.

COUNTS THIRTY THROUGH THIRTY-SIX

[18 U.S.C. §§ 1344(2), 2(a)]

31. The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1 through 5 and 27 through 30 of this Indictment as if fully set forth herein.

C. THE SCHEME TO DEFRAUD

32. Beginning on a date unknown to the Grand Jury, but not later than in or around April 2017 and continuing until to the present, in Los Angeles County, within the Central District of California, and elsewhere, defendants ARA MALKHASYAN ("MALKHASYAN"), SMBAT KHECHUMYAN ("SMBAT KHECHUMYAN"), and SVETA KHECHUMYAN, also known as "Ani Galostian" ("SVETA KHECHUMYAN"), and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly and with intent to defraud, devised, executed, and attempted to execute a scheme to obtain monies, funds, assets, and other property owned by and in the custody and control Bank of America, JP Morgan, and Wells Fargo (the "victim banks"), by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

33. The fraudulent scheme was operated and was carried out, in substance, as set forth in paragraphs 27 through 30 of this Indictment.

D. THE EXECUTION OF THE FRAUDULENT SCHEME

34. On or about the following dates, in Los Angeles County within the Central District of California, and elsewhere, defendants MALKHASYAN, SMBAT KHECHUMYAN, and SVETA KHECHUMYAN, together with others known and unknown to the Grand Jury, each aiding and abetting the other, committed and willfully caused others to commit the

following acts, each of which constituted an execution and attempted execution of the fraudulent scheme:

| COUNT | DEFENDANT(S) | DATE | ACT |
|---|---|---|---|
| **Counts Related to Victim S.V.** | | | |
| THIRTY | MALKHASYAN | 6/12/2017 | Withdrew $300 cash from Wells Fargo savings account ending in -3751 in victim S.V.'s name in Los Angeles, California. |
| THIRTY-ONE | SMBAT KHECHUMYAN | 6/12/2017 | Withdrew $200 cash from Wells Fargo checking account ending in -2296 in victim S.V.'s name in Los Angeles, California. |
| **Counts Related to the N.T. Identity** | | | |
| THIRTY-TWO | MALKHASYAN | 4/12/2018 | Opened Wells Fargo checking account ending in -9617 and savings account ending in -6859 in the name of N.T. in Simi Valley, California. |
| THIRTY-THREE | MALKHASYAN | 6/28/2018 | Deposited forged $4,870 JP Morgan cashier's check into Wells Fargo savings account ending in -6859 in the name of N.T. in Los Angeles, California. |
| THIRTY-FOUR | MALKHASYAN | 6/29/2018 | Withdrew $4,000 cash from Wells Fargo checking account ending in -9617 in the name of N.T. in Los Angeles, California. |

//
//
//
//
//
//

| COUNT | DEFENDANT(S) | DATE | ACT |
|---|---|---|---|
| Counts Related to the L.A. Identity | | | |
| THIRTY-FIVE | SVETA KHECHUMYAN | 7/2/2018 | Opened Wells Fargo checking account ending in -9414 and savings account ending in -1117 in the name of L.A. in Los Angeles, California. |
| THIRTY-SIX | MALKHASYAN | 8/10/2018 | Deposited forged $4,850 JP Morgan cashier's check into Wells Fargo checking account ending in -9414 in the name of L.A. in Los Angeles, California. |

A TRUE BILL

/s/

Foreperson

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority Conferred
by 28 U.S.C. § 515

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division



SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes
Section

KATHERINE A. RYKKEN
Assistant United States Attorney
Major Frauds Section

LUCY B. JENNINGS
Assistant United States Attorney
General Crimes Section